SEP 21 2026 AM 11:42
FILED - USDC - FLMD - FTM



# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Fort Myers Division

Melissa Marie Knablin-Liebal

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Centene Corporation dba Sunshine State Health Plan, Inc
ATTN: C T CORPORATION SYSTEM

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 2:26-CV-2585-KCD-NPM
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Melissa Marie Knablin-Liebal |
| Street Address | 4104 SW 15th Ave |
| City and County | Cape Coral |
| State and Zip Code | FL 33914 |
| Telephone Number | 239-201-6566 |
| E-mail Address | knablinsunshine1@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Centene Corporation dba Sunshine State Health Plan, Inc |
| Job or Title *(if known)* | C T CORPORATION SYSTEM - Registered Agent |
| Street Address | 1200 South Pine Island Road |
| City and County | Plantation, Broward |
| State and Zip Code | FL 33324 |
| Telephone Number | (954) 473-5503 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Centene Corporation dba Sunshine State Health Plan, Inc |
| Street Address | 1200 South Pine Island Road |
| City and County | Plantation Broward |
| State and Zip Code | FL 33324 |
| Telephone Number | (954) 473-5503 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:

U.S.C. §§ 2615

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: ______

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

6/13/2024 through 7/07/08/2024

C. I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race ______
- ☐ color ______
- ☐ gender/sex ______
- ☐ religion ______
- ☐ national origin ______
- ☐ age *(year of birth)* ______ *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*

  CPTSD, Bipolar disorder, anxiety, Borderline Personalit

E. The facts of my case are as follows. Attach additional pages if needed.

At all times relevant to this complaint, I was employed by Centene Corporation d/b/a Sunshine Health Plan, Inc as a Pediatric Field Case Manager RN for Lee County Florida, performing remote work from my residence in Cape Coral, Florida as well as home visits within Lee County Florida from April 11, 2022 through July 7, 2024. Performance reviews (last performance review was 1/2024) showed competence and no disciplinary actions.
January 2024, I disclosed my mental health conditions to my supervisor at this time, Lynn Garguillo officially during a Zoom meeting. Due to an exacerbation of my mental health diagnoses involving multiple stressors (diagnoses of Complex Post Traumatic Stress Disorder, Bipolar Disorder, Anxiety with panic attacks and Borderline Personality Disorder) I contacted Centene's Employee Assistance Program (EAP) (continued on next page)

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
January 10, 2025

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 06/24/2026 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

After speaking with an EAP representative and my mental health provider at the time, it was their recommendation to take FMLA and submit a claim for Short Term Disability provided by Centene Corporation's third-party provider, Lincoln Financial, which I completed and submitted on 2/21/2024. My short-term disability and FMLA were approved from 2/22/2024 through 6/20/2024.

Prior to my return to work, on 6/13/2024 I submitted an accommodation request for a lateral transfer due to previous conflicts and human resource complaints I have made regarding my new direct supervisor Colleen Martens since being employed by Centene. This accommodation request remained in pending status until the case was closed 7/8/2024 after my termination. Despite multiple attempts to engage with Lincoln Financial Case Manager, Kelly B., the case manager handling my claim, I received no communication in return related to my accommodation request and was terminated 7/7/2024.

Upon my return to work on June 22, 2024, Centene began its discriminatory and retaliatory actions against me. Centene Corporation denied me access to my files, active cases, and necessary work documents, rendering me unable to perform my job duties. I had engaged in repeated attempts to address this issue with Centene's Human Resources department regarding my direct supervisor Colleen Martens however, Centene continuously dismissed and ignored my concerns prior to my termination.

Centene suddenly ended my employment under the accusation of "falsifying documents." This accusation, which lacked any substantiating evidence or specific examples, was provided to me as the reason for termination. Due to my inability to access my files, cases, work documents, etc. I was unable to defend myself against these accusations.

Due to the temporal proximity between my accommodation request (submitted 6/13/2024), my return from leave (6/22/2024) and my termination (7/7/2024) highlights Centene's discriminatory and retaliatory animus towards me based on my disability and use of protected leave.

Back pay of $168,603 with a back pay start date 7/7/2024 -9/20/2026 accruing a daily rate of $209.59 interest until the date a final court judgment or settlement is reached based off of my annual salary of $76,500.00 in addition to the cash equivalent of lost fringe benefits on top of this base salary, including Centene's matching 401(k) contributions, health insurance premiums they would have paid, accrued PTO, and any annual performance bonuses on track to receive. Front pay - $153,000 due to the localized job market, my specialized skill set, and the ongoing impact of the disability that Centene failed to accommodate. Compensatory damages, punitive damages - $300,000.00 and equitable relief to include employment record expungement and neutral reference mandate.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/20/2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff Melissa Marie Knablin-Liebal

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Street Address ______

State and Zip Code ______

Telephone Number ______

E-mail Address ______